Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com

**Stephen J. Steinlight**
stephen.steinlight@troutman.com

July 8, 2021

**VIA ECF**
Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street, Room 530
White Plains, New York 10601

Re:  *Rivky Moskowitz v. Portfolio Recovery Associates*
No. 7:21-cv-04876-PMH
Letter Motion to Withdraw Request for Pre-Motion Conference (Dkt. No. 7)

> In light of the representations made herein, Defendant's request for a pre-motion conference (Doc. 7) is denied without prejudice to renew at a later date. Plaintiff shall file his Amended Complaint by August 6, 2021.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequences pending at Doc. 7 and Doc. 8.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
> July 9, 2021

Your Honor:

This firm represents Defendant Portfolio Recovery Associates, LLC ("PRA") in the above-referenced matter. PRA respectfully moves to withdraw its request for a pre-motion conference. (Dkt. No. 7.) In support of its letter motion, PRA states as follows:

On July 2, 2021, PRA filed a letter request for a pre-motion conference to set a briefing schedule for its anticipated Motion to Dismiss the Complaint. (Dkt. No. 7.) However, PRA mistakenly filed its letter request prior to first serving its letter on Plaintiff in accordance with Rule 4(C)(ii) of Your Honor's Individual Practices. Nonetheless, PRA and Plaintiff have met and conferred regarding the deficiencies identified in PRA's letter request and Plaintiff has agreed to amend the Complaint. In reliance on Plaintiff's representation regarding the anticipated Amended Complaint, PRA respectfully moves to withdraw its letter request for a pre-motion conference.

We thank Your Honor for your time and consideration of this matter. If you have any questions or concerns regarding this letter motion, please do not hesitate to contact my office.

Respectfully submitted,

/s/Stephen J. Steinlight

117541353